UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-4593
_____

FRED CLAYWORTH, individually and as parent
and natural guardian of G.H.,

Appellant

v.

LUZERNE COUNTY, PENNSYLVANIA; LUZERNE COUNTY
CHILDREN & YOUTH SERVICES; FRANK CASTANO; JOSEPH KLOSS;
JOHN KOSLOSKI; TARA MCCUTCHEON; WILMA SNOPEK;
JOANNE VAN SAUN


Before:  FUENTES, HARDIMAN and ROTH, Circuit Judges


**O R D E R**


The petition for rehearing filed by Appellant having been submitted to the judges
who participated in the decision of this court, it is hereby ORDERED that the petition for
panel rehearing is GRANTED.  The opinion and judgment filed February 5, 2013 is
hereby VACATED, and a new opinion and judgment will issue forthwith.



By the Court,


/s/ JANE R. ROTH
Circuit Judge


Dated:  May 15, 2013

Tnh/cc: All Counsel of Record